No. 11–10877. BAILEY v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–10878. BERTANELLI v. RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10879. HARTWELL v. NEVEN, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10880. OWENS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–10881. MALDONADO v. CARTLEDGE, WARDEN. C. A. 4th Cir. Certiorari denied.

No. 11–10883. TYSON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–10884. RIVERA-VELEZ v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–10885. QUINTANILLA v. GROUNDS, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–10886. SPEARS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–10887. RUBIO v. TENNESSEE. Ct. Crim. App. Tenn. Certiorari denied.

No. 11–10888. REYES v. GONZALES, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 11–10890. RICE v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–10891. SAVELL v. MISSISSIPPI. Sup. Ct. Miss. Certiorari denied.

No. 11–10892. DAVIS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 11–10894. COX v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–10895. NEWTON v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.